1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREEN CLEAN LLC ET AL,

          Plaintiff,

  v.

THE PRESIDIO TRUST,

          Defendant.
_____/

No. C 14-04615 JSW

**ORDER VACATING HEARING
AND CASE MANAGEMENT
CONFERENCE**

      Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has
been noticed for hearing on Friday, January 23, 2015 at 9:00 a.m., is appropriate for decision
without oral argument. Accordingly, the hearing date for the motion and the case management
conference set for 11:00 a.m. are hereby VACATED. The motion will be taken under
submission and decided on the papers and the case management conference shall be reset by
further order, if necessary.

      **IT IS SO ORDERED.**

Dated: January 15, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE