1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  MELANIE L. PROCTOR (CSBN 228971)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6730
7      FAX: (415) 436-6748
       melanie.proctor@usdoj.gov
8
   Attorneys for the Presidio Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SF GREEN CLEAN, LLC; and WILLIAM ALBER, <br><br> Plaintiffs, <br> v. <br> THE PRESIDIO TRUST; DOES 1-50, <br><br> Defendants. | C 14-4615 JSW <br><br> STIPULATION TO CHANGE CASE MANAGEMENT CONFERENCE DATE AND ORDER THEREON |

///
///
///
///
///
///
///
///
///

STIPULATION TO CHANGE CMC DATE
C 14-4615 JSW                                          1

On January 5, 2016, the Court continued the case management conference from January 22, 2016, to February 5, 2016.  ECF 33.  Counsel for the Presidio Trust has been summoned for jury duty on February 4, 2016; in the event she has to report for selection, she may not be available on February 5, 2016.  Accordingly, the parties hereby stipulate to change the date of the case management conference to February 19, 2016, at 11:00 a.m.  The parties will file a joint case management statement no later than February 12, 2016.

DATED: January 7, 2016

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

/s/Melanie L. Proctor
MELANIE L. PROCTOR
Assistant United States Attorney[1]

Attorneys for Defendant Presidio Trust

DATED: January 7, 2016

/s/Orestes Cross
ORESTES CROSS (CABN 250471)
735 Montgomery St., Ste 250
San Francisco, California 94111
Attorney for Plaintiffs

## ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The case management conference is hereby continued to February 19, 2016.  The parties shall file a joint case management statement no later than February 12, 2016.

Dated:  January 8, 2016

JEFFREY S. WHITE
United States District Judge

---

[1] I, Melanie L. Proctor hereby attest that I gained the concurrence of all parties whose signatures are represented by a conformed /s/ signature in the filing of this document.

STIPULATION TO CHANGE CMC DATE
C 14-4615 JSW                                               2