Orestes A. Cross, State Bar No. 250471
VALOR LEGAL, ATTORNEYS
735 Montgomery St., Ste. 250
San Francisco, California 94111
Telephone: (415) 944-8186
Facsimile: (415) 520-9695

Attorneys for Plaintiffs
SF GREEN CLEAN, LLC AND MR. WILLIAM ALBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SF GREEN CLEAN, LLC, WILLIAM ALBER, | Case No. C 14-04615 JSW |
| Plaintiffs, | **REQUEST TO CHANGE CASE MANAGEMENT CONFERENCE DATE** AND ORDER THEREON |
| v. | |
| THE PRESIDIO TRUST, DOES 1-50, inclusive, | |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

1

SF Green Clean, LLC, et al. v. The Presidio Trust, et al.
Opposition to Second Motion to Dismiss
C-14-4615 JSW

1    On January 5, 2016, the Court continued the case management conference from January

2    22, 2016 to February 5, 2016. ECF 33. On January 8, 2016, the Court again continued the case

3    management conference from February 5, 2016 to February 19, 2016 as Counsel for the Presidio

4    Trust was summoned for jury duty. ECF 35.

5        On February 16, 2016, lead counsel for Plaintiffs, Orestes Cross, learned he needed to

6    travel out of state, beginning the morning of Friday, February 19, 2016 through Friday February

7    26, 2016. As lead counsel, Mr. Cross is required to attend the Case Management Conference, and

8    telephonic appearances are not allowed.

9        Accordingly, Plaintiffs request the case management conference be continued. Counsel for

10   Plaintiffs contacted Melanie Proctor, counsel for Defendant Presidio Trust. Mr. Proctor does not

11   oppose this request. Ms. Proctor offered March 18, 2016 as a date she is available for the case

12   management conference. Ms. Proctor also offered February 26, 2016. Mr. Cross returns that

13   morning and would prefer to schedule the case management conference on March 18, 2016, so as

14   to avoid any issues with travel delay.

15   Dated: February 17, 2016                          VALOR LEGAL, ATTORNEYS

16

17                                                     /s/ Orestes A. Cross
                                                       Attorneys for Plaintiffs
18                                                     SF Green Clean, LLC and William Alber

19

20                                        ~~PROPOSED~~ ORDER

21       FOR GOOD CAUSE SHOWN, IT IS SO ORDERED. The case management conference is

22   hereby continued to March 18, 2016. at 11:00 a.m.

23

24   Dated:  February 18, 2016                  _____
                                                HON. JEFFREY S. WHITE
25                                              UNITED STATES DISTRICT JUDGE

26

27                                           2

28