United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SF GREEN CLEAN LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE PRESIDIO TRUST,<br><br>    Defendant. | Case No. 14-cv-04615-JSW (LB)<br><br>**NOTICE OF DISCOVERY PROCEDURES** |

The district judge referred all discovery matters to the undersigned. (Order of Reference for Discovery.) No discovery dispute is pending. If one arises, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint-letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: March 24, 2016

                                            LAUREL BEELER
                                            United States Magistrate Judge

ORDER (No. 14-cv-04615-JSW)