1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREEN CLEAN LLC and WILLIAM
ALBER,

          Plaintiff,

  v.

THE PRESIDIO TRUST,

          Defendant.

_____/

No. C 14-04615 JSW

**ORDER RE BENCH TRIAL**

On March 18, 2016, this Court held a case management conference in this matter,

setting dates in all pretrial matters.  In their joint case management statement dated March 11,

2016, the parties disputed whether the matter should be tried by a jury or heard by the Court.

(Docket no. 41 at 11.)  The Court instructed Plaintiffs to file a motion for right to a jury trial by

no later than May 2, 2106, and set the hearing for June 24, 2016.  (Docket no. 43.)  Having

received no such briefing, the hearing on the motion on June 24, 2016 at 9:00 a.m. and the

provisional date for jury selection of November 2, 2016 at 8:00 a.m. are HEREBY VACATED.

The bench trial shall commence on November 7, 2016 at 8:00 a.m. and pretrial conference

remains as set on October 17, 2016 at 2:00 p.m.  Counsel are again advised to refer to the

undersigned's standing order and guidelines for trial and pretrial conferences in bench cases.

     **IT IS SO ORDERED.**

Dated:  June 9, 2016

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE