UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SF GREEN CLEAN LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE PRESIDIO TRUST,<br><br>    Defendant. | Case No. 14-cv-04615-JSW (DMR)<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the court's March 23, 2016 Settlement Conference Order, each party was required to lodge its settlement conference documents no later than ten calendar days prior to the settlement conference in a sealed envelope addressed to Magistrate Judge Ryu. [Docket No. 44 at 2-3.] The parties' settlement conference documents were due on July 22, 2016 for their August 1, 2016 settlement conference before Judge Ryu. [Docket No. 49.]

The court has not received Plaintiffs SF Green Clean LLC's and William Alber's settlement conference papers. The court has left numerous voice messages for Plaintiffs' counsel of record Orestes Cross requesting submission of the Plaintiffs' settlement conference documents. Counsel has not responded. Plaintiffs must lodge their settlement conference papers with the court **by July 28, 2016 at 10:00 a.m.** By the same deadline, Plaintiffs shall file a response showing cause why they should not be sanctioned for failing to follow the submission deadlines set forth in the court's March 23, 2016 Settlement Conference Order.

**IT IS SO ORDERED.**

Dated: July 27, 2016

                                            Donna M. Ryu
                                      United States Magistrate Judge